[ORAL ARGUMENT NOT YET SCHEDULED]
No. 15-5041
(Consolidated with Nos. 15-5043, 15-5060, and 15-5061)
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

HUMANE SOCIETY OF THE UNITED STATES, et al.,
*Plaintiffs-Appellees*,

v.

SALLY JEWELL, SECRETARY OF THE INTERIOR, et al.;
U.S. SPORTSMEN'S ALLIANCE FOUNDATION, et al., and
STATE OF WISCONSIN, et al.,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Columbia
_____

**UNOPPOSED MOTION BY CENTER FOR BIOLOGICAL DIVERSITY
FOR LEAVE TO FILE ONE DAY OUT OF TIME
ITS FINAL *AMICUS CURIAE* BRIEF
IN SUPPORT OF PLAINTIFFS-APPELLEES
HUMANE SOCIETY OF THE UNITED STATES, ET AL.
SEEKING TO UPHOLD THE DISTRICT COURT**
_____

Collette L. Adkins
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
Telephone: (651) 955-3821
cadkins@biologicaldiversity.org

Amy R. Atwood
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Telephone: (503) 283-5474
atwood@biologicaldiversity.org

*Counsel for Amicus Curiae Center for Biological Diversity*

The Center for Biological Diversity ("the Center") respectfully requests leave to file one day out of time its final *amicus curiae* brief in support of Plaintiffs-Appellees The Humane Society of the United States, et al., seeking to uphold the district court's decision. The Center timely filed its initial brief on February 17, 2016, and final briefs were due yesterday, June 8, 2016, according to the Court's order (ECF #1580601). Due to a regrettable oversight by counsel, the Center seeks leave to file its brief one day late. The motion is unopposed by the parties and amici in this litigation, who would not be prejudiced by allowing this late filing.

The Center therefore respectfully asks the Court for leave to file one day out of time its final *amicus* brief, which will provide the Court with useful information relevant to the disposition of this appeal.

Respectfully submitted on this 9th day of June, 2016,

    /s/    Collette L. Adkins
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
Telephone: (651) 955-3821
cadkins@biologicaldiversity.org

*Counsel for Amicus Curiae Center for Biological Diversity*

1

# CERTIFICATE OF SERVICE

The undersigned certifies that the preceding document (Motion by Center for Biological Diversity for Leave to File One Day Out of Time its Final *Amicus Curiae* Brief in Support of Plaintiffs-Appellees Humane Society of the United States, et al., Seeking to Uphold the District Court) was electronically filed with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit on June 9, 2016, by utilizing the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Respectfully submitted this 9th day of June 2016,

/s/  Collette L. Adkins

CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
Telephone: (651) 955-3821
cadkins@biologicaldiversity.org

*Counsel for Amicus Curiae Center for Biological Diversity*