# United States Court of Appeals
### For The District Of Columbia Circuit

---

**No. 15-5041**  September Term, 2015

1:13-cv-00186-BAH

Filed On: June 10, 2016 [1618692]

Humane Society of the United States, et al.,

    Appellees

    v.

Sally Jewell, Secretary of the Interior, et al.,

    Appellees

U.S. Sportsmen's Alliance Foundation, et al.,

    Appellants

State of Wisconsin, et al.,

    Appellees

------------------------------

Consolidated with 15-5043, 15-5060, 15-5061

## O R D E R

Upon consideration of the unopposed motion of amicus curiae Center for Biological Diversity for leave to file its final amicus curiae brief one-day out of time, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged final brief.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

               BY:   /s/
                       Michael C. McGrail
                       Deputy Clerk