# Office of the Clerk

United States Court of Appeals
District of Columbia Circuit
Washington, D.C. 20001-2866

Legal Division  (202) 216-7500
Martha J. Tomich, Director         July 14, 2016

Re: No. 15-5041, et al., <u>Humane Society of the United States v. Jewell</u>

Dear Counsel:

To ensure an organized presentation of argument in these multi-party appeals, we must receive, *no later than* September 6, 2016, your suggestions on the most efficient format for oral argument. Please note that argument will be heard Tuesday, October 18, 2016. *See* Order filed July 8, 2016. The proposed format should address in particular:

(1) Of the issues addressed in the briefs, which warrant presentation at argument, and which can rest on the written submissions?

(2) In what order should the court hear the issues that warrant oral argument?

(3) How much time in total should the court allow for argument?

(4) Of the total time, how much should the court allow for the argument of each specific issue identified as warranting oral presentation?

In addition to the proposed list of issues, order of presentation, and time allocation for each listed issue, please state the names of counsel for appellants and appellees who will argue and the parties they represent.

Counsel are encouraged to meet prior to September 6, 2016, to prepare and present a unified format for oral argument. We will forward your proposals to the panel. Counsel will subsequently be notified of the issues the court will hear at oral argument, the order in which those issues will be heard, and the time allocated to each issue. If you have any questions concerning the oral argument or its format, please call me at (202) 216-7500.

Very truly yours,

/s/

Martha J. Tomich